# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

PATRICIA A. WIGGINS,      :

 Plaintiff,         :

v.              :  CA 11-00565-C

MICHAEL J. ASTRUE,
Commissioner of Social Security,   :

 Defendant.        :

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying the plaintiff benefits be **AFFIRMED**.

**DONE** this the 22nd day of August, 2012.

              s/WILLIAM E. CASSADY
              **UNITED STATES MAGISTRATE JUDGE**